## ✳ CONTENTS of Files ✳

1

*Civil Cover Sheet     (1 Page)
DCF Attempt to kidnap/ Confinement "commitment" GENOCIDE

Exhibit

2

1.a Complaint for Violation of Civil Rights Children's Estate Kidnapped and held hostage    (8 Pages)

3

1.b **AFFIDAVIT OF FACT**
   Re:Writ of Certiorari Substantive Due Process of Law     (6 Pages)

UNLAWFUL DEMAND OF IMMUNIZATION

4

1.c **Writ of Certiorari**              Mailed With Certified Receipts    (3 Pages)

DISTRICT COURT PUBLIC NOTICE

5

1.d Motion for Leave to Proceed in Forma Pauperis    (1 Page)
   Pursuant to 28 U.S.C. § 1915

6

1.d(2) Financial Affidavit in Support of Motion for Leave to Proceed in Forma Pauperis
   Pursuant to 28 U.S.C. § 1915    (5 Pages)

1.e Allodial American National "We The People" Identity and Nationality Proof   (1 Page)

At Request

Exhibit 1.a

United States District Court
District of Connecticut
FILED AT   HARTFORD
October 22, 20 24
Dinah Milton Kinney, Clerk
By N. Nash
Deputy Clerk




To the Immediate Attention of: Constitutionally Appropriate United States Supreme Court
For the STATE OF Connecticut (Incorporated)
To the IMMEDIATE ATTENTION of
THE SUPREME COURT FOR THE UNITED STATES OF AMERICA
THE UNITED NATIONS

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| laurel ami bey | 8 USC §1503 | Civil Case No. _____ |
| Ex Rel. | 8 USC §1401 | *(to be filled out by the Clerk's Office)* |
| **Plaintiff(s)** | | Jury Trial (check one) ✓yes __no |

-V-

Courtney B. Garvey, Dominic J. Wilcox        Governor Edward Lamont Jr
Jodi Hill-Lilly, Beth A. Crawford
Margaret M. Murphy
**Defendant(s)**

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Complaint)
Malicious Prosecution and Genocide
a denial of civil rights under **42 U.S.C. § 1983**
A. Parties

Proceed in forma pauperis

I. **The Parties to This Complaint**
   A. **The Plaintiff(s)**
      **Appellation: laurel ami bey**
      **Name: Ex Rel.** WILLIS-PARIS ESTATE   MINOR PARTIES
      **Childrens Estate**
      **Address Exemption: Forma Pauperis**
      **Hartford, Connecticut Zip Exempt**
      **County: Hartford County**
   **Email address: letsdothis6060@gmail.com**
                  **MoroccanLbey@gmail.com**



**The Defendant(s)**
**Defendant No. 1**
    Name: Courtney B. Garvey / Dominic J. Wilcox
    Job or title (if known): Department of Children and Families
    Address: 364 West Middle Turnpike
    Manchester, Connecticut, 06040
    County:
    Telephone number: (860) 213-3870   (860) 550-6300
    Email address: courtney.garvey@ct.gov
  __individual capacity ✓official capacity

**Defendant No. 2**
    Name: Jodi Hill-Lilly
    Job or title (if known): commissioner for the Department of Children and Families
    Address: 505 Hudson Street
    Hartford Connecticut 06106
    County: Harford County
    Telephone number: (860) 550-6300
    Email address: Jodi.Hill-Lilly@ct.gov commissioner.DCF@ct.gov
  __individual capacity ✓official capacity

**Defendant No. 3**
    Name: Beth A. Crawford
    Job or title (if known): Assistant Attorney General
    Address: 165 Capitol Avenue
    Hartford Connecticut 06106
    County: Harford County
    Telephone number: (860) 808-5480
    Fax number: (860) 808-5595
    Email address: Beth.Crawford@ct.gov
    Juris # 408342
  __individual capacity ✓official capacity

**Defendant No. 4**
    Name: Margaret M. Murphy
    Job or title (if known): Court Administrator for Rockville Connecticut
    Address: 25 School Street
    Rockville, Connecticut 06066
    County:
    Telephone number: (860) 872-7143
    Email address:
  __individual capacity ✓official capacity

**Party No. 5**
    Name: Edward Lamont Jr. (Governor Ned Lamont)
    Job or title (if known): State of Connecticut Governor
    Address: 210 Capitol Avenue
    Hartford, Connecticut 06106
    County: Hartford County

## II. Basis for Jurisdiction

Under 42 USC § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws]." Under *Bivens v. Six unknown agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may Sue Federal officials for the violation of certain constitutional rights.

### A. Are you bringing suit against (check all that apply)
___ Federal officials (a *Bivens* claim)
✓ State or local officials (a § 1983 claim)

### B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory rights do you claim is/are being violated by state or local officials?

#1

The Defendants did not follow **due process of law** (Kazubowski v. Kazubowski, 45 Ill.2d 405, 259 N.E. 2d 282, 290) which is their duty as officers of the State pursuant to the constitution of the United States of America, deprived Plaintiff of liberty, privacy and property. Consequently, Defendants have violated Plaintiffs VI Amendment Rights.

### Amendment 6

In all criminal prosecutions, the accused shall enjoy the right to **a speedy and public trial**, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

#2

### 5th amendment

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a **presentment or indictment of a Grand Jury**, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice **put in jeopardy of life** or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law, nor shall private property be taken for public use, without just compensation**.

#3

### Article 3 Section 2

The **judicial Power** shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;-to all Cases affecting Ambassadors, other Public Ministers and Consuls;- to all Cases of admiralty and maritime Jurisdiction;- to Controversies to which the United States shall be a Party;- to Controversies between two or more States;-[between a State and Citizens of another State;-]* between Citizens of different States,- between Citizens thereof, and foreign States, Citizens or Subjects.]*
CLAUSE 2

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme court shall have original Jurisdiction. In all other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

#4

**Article 4 Section 4.** The United States shall guarantee to every State in this Union a **Republican Form of Government**, and shall **protect each of them against Invasion**; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

#5

## Article 1 **of THE UNITED STATES CONSTITUTION FOR NORTH AMERICA**

SECTION. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress. No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, *enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay*

**#6 Article 6** All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

[PRODUCE TITLE FOR RECORD] ★ The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

**Defendants have failed to acknowledge constitutional rights, National Rights, Treaty rights ETC, in the above mentioning resulting in unforgivable damage and Injury to the family including damages to reputation and failure to recognize Plaintiffs national status.**   [INALIENABLE RIGHTS]

★ Re: Misrepresented instruments foreign bills of exchange ALL evidence (including confidential evidence) (against will), unconstitutionally, under unlawful premise, and without Due Process of Law..

lack of jurisdiction, fraud, treason, genocide, violation of human rights, violation of CHILDREN'S RIGHTS, violation of the Rights of Indigenous Peoples, violation on the basis of PROTECTION of WOMEN and CHILDREN in EMERGENCY and ARMED CONFLICT, and improper venue. In full Constitutional Integrity and Rights circumscribed and resolute with **Lawful Due Process**. Default Judgment rendered.

All actions of the various probate courts operating in Maritime jurisdictions and merely presuming death based upon the inaction of American National beneficiaries of the American Republic and serving to establish Maritime salvage liens **against their estates** are by these orders **invalidated and made** null and void. All American Nationals whose names and the states are presently included on tax rolls, and who are recorded by census data, School records, birth certificates, and other public documents must be presumed to be alive and confident in the absence of a properly sworn death certificate signed by the local coroner stating cause of death, date, time, and place, corroborated by at least two responsible and knowledgeable living witnesses...any country presumption or practice is fraudulent, Null and void.

These civil orders command performance delivering upon the land, including **return of all real assets and property owed to American Nationals free of claim, debt, and encumbrance created under conditions of fraud, breach of trust, and breach of commercial contracts**

All judges attorneys clerks and other employees of Incorporated courts and court systems together with the international Banks employing them who have **knowingly failed to fully and freely discuss their nature identity**

**status jurisdiction standing and venue are subject to international criminal prosecution for felony fraud under full commercial liability** and officers of the law and military officers who enforce illegal actions ordered by these and House international commercial tribunals against the American Nationals at the request of any such Court are responsible for war crimes committed.

The defendants named have used ax proposals throughout their agencies to address American Nationals to indebt misinform or entrap into contract and with the identity and true nature of the party is absured not in time or wearing an actual terms and conditions as a result of contract or not made explicit plain and fully revealed or null and void have an issue all representation serving to misappropriate the good faith and credit of American Nationals and the organic States and favor of any Incorporated entity are self-interested null and void.

Any undeclared agent of the United States of America minor or the United Nations caught soliciting such contracts will be arrested, persecuted and deported and no further enforcement of such contracts will be allowed on the soil of the United States of America major against any birth right inhabited of the land.

Parents are not consenting to indebt pledge conscript or otherwise enter their children into **any form of bondage, debt, peonage or enslavement**. Any and all relinquishments of individual or parental rights **must be voluntary fully disclosed completely enumerated fully discussed and the real nature's and actual identities of all parties to any custodial commercial or Grant contract of any kind whatsoever most in all details be fully revealed and disclosed explicitly discussed explicitly** agree upon and voluntarily entered into by all parties any contracts failing these requirements and merely being presumed to exist via tacit agreements third party representations or presume benefit are null and void. **18 U.S.C. § 1584, 18 U.S.C. § 1590, 18 U.S.C. § 1592**

### Indigenous rights

*Reaffirming* that indigenous peoples, in the exercise of their rights, should be free from discrimination of any kind,

*Concerned* that indigenous peoples have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interests,

*Recognizing* the urgent need to respect and promote the inherent rights of indigenous peoples which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies, especially their rights to their lands, territories and resources,

★ *Recognizing also* the urgent need to respect and promote the rights of indigenous peoples affirmed in treaties, agreements and other constructive arrangements with States,

*Welcoming* the fact that indigenous peoples are organizing themselves for political, economic, social and cultural enhancement and in order to bring to an end all forms of discrimination and oppression wherever they occur,

*Convinced* that control by indigenous peoples over developments affecting them and their lands, territories and resources will enable them to maintain and strengthen their institutions, cultures and traditions, and to promote their development in accordance with their aspirations and needs,

*Recognizing* that respect for indigenous knowledge, cultures and traditional practices contributes to sustainable and equitable development and proper management of the environment,

Plaintiffs suing under bivens may only recover for the violation of certain constitutional rights. If you are suing under bivens, what constitutional rights do you claim are being violated by federal officials?

*Above mentioned ↑ See Exibit 1.b page 4 of 6*

C. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute ordinance regulation custom or usage of any state or territory or the district of Columbia" 42 USC 1983. If you are suing under section 1983 explain how each defended acted under color of state or local law if you are suing under bivens explain how each defended acted under color of federal law attach additional pages if needed

Title 18, U.S.C § 242 - Deprivation of Rights Under Color of Law

deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S......if such acts include kidnapping or an attempt to kidnap.....

Title 18, U.S.C § 241 - Conspiracy Against Rights

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S.Ct. 922 (1961) **Treaty Rights**          **Genocide and Treason**

- Allen v. Wright, 468 U.S. 737, 751 (1984) ("The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief.")
- Sherer v. Cullen 481 F. 945 ("For a crime to exist, there must be an injured party (corpus delicti). There can be no sanction or penalty imposed on one because of this Constitutional right.")
- Penhallow v. Doan's Administrators, 3 U.S. 54, 1 L.Ed 57                Regarding Contracts
- Joyce v. United States, 474 2d 215 ("There is no discretion to ignore lack of jurisdiction.")
- Stuck v Medical Examiners 94 Ca 2d 751.211, P 2d 389 ("Once Challenged, jurisdiction cannot be assumed, it must be proved to exist.").
- Elliot v. Peirsol, 26 U.S. 328, 340 (1828)          Regarding Trespassing
- Thompson v. Smith, 154 SE 583      Judicial Capacity municipal court administrators
  Jurisdiction has not been proven to exist

★ double jeopardy, improper venue, fraud, treason, genocide, violation of Human Rights, violation of indigenous rights, a violation of children's rights, protection of women and children in emergency and armed conflict

**Consular courts 22 USC § 141 foreign relations  FOREIGN RELATIONS AND INTERCOURSE**

### III. Statement of claims

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not say any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

**A. Where did the events giving rise to your claims occur**

The town of Manchester and Hartford Connecticut Republic "so called incorporated territories"

**B. What date and approximate time did the events giving rise to your claims occur**

July 2023 Genocide Trespassing, Conspiracy against Rights, JUNE 12th Attempt to kidnap Unreasonable search and seizure

**C. What are the facts underlying your claims for example what happened to you, who did what, was anyone else involved, and who else saw what happened?**

Harassment, Invasion of privacy, misrepresentation under threat duress and coercion, Attempt to kidnap, kidnap and confinement without consent, without full disclosure, defamation, denationalization, disrespect, Defendants are taking part in genocide, treason, breach of treaty, and violation of secured constitutional rights. Injury to children by medical practices without consent or disclosure, Further injuring and holding children hostage. Prejudice and discrimination causing trauma, pain, injury, emotional, physical and intellectual destruction.   SEE Indigenous Rights

**IV injuries**                    Emergencies due to Distress of Children Kidnapped; Genocide

★ **If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment if any, you required and did or did not receive**

#1 Plaintiff affirms Defamation and embarrassment of character by defendants. Constant harassment against will and without consent Causing harm, suffering and pain. Physical Pain sustained as well.

#2 Breach of Peace and treaty rights, including failure to acknowledge human Rights, Indigenous rights and Constitutional Rights which are inalienable.

#3. Plaintiff affirms physical Pain and Mental suffering caused by misrepresentation, constant solicitation and trespassing, mail fraud, misuse of private information as a result harming family and depriving of Liberty.

#4 emotional distress caused by unreasonable requests and inadequate acknowledgement under threat duress and coercion without due process of law.

#5 plaintiff has **not** consented to contract with defendants. Defendants are committing fraud, treason, and genocide by unlawful premise by means of repeated prohibited violations.

#6 violation of HIPPA rights verbal and written <u>disclosures to unauthorized Parties</u> Concealing evidence and acting as beneficiaries and assignors of my children's estate. WITHOUT CONSENT AND FULL DISCLOSURE.

### V. Relief

**State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and or punitive damages claim for the acts alleged. Explain the basis for these claims.**

Compensation for damages caused and sustained. Please present your employees with lessons, classes and meetings on U.S NATIONALS and Indigenous, Aboriginal peoples including Genocide by Chemical and Biological Warfare on human (non Participant to Genocide) Train state employess in attempting to contract with Nationals and kidnap our heir, our children, our lineage. Unlawful services are to be **prohibited** as they cause suffering and pain to the people.

Correct Documents (confidential or otherwise) which serve as denationalization and Misrepresentation Any and All Contracts with the NAME <u>WILLIS - PARIS</u> are to be corrected for the record, on the record as US National   *ESTATE*

Plaintiff respectfully ask that this court <u>enter an order issuing</u> the Defendant's to **immediately release CHILDREN** to Plaintiff , drop all charges which were brought against me and compensation for actual & exemplary damages for all allege claims yet to be determined from the evidence;

**<u>Payment shall in no event be less than the amount of $24,000.50</u>** U.S. dollar's Twenty-Four Thousand <u>Dollars and Fifty cents</u> numerically with the euro dollar.

**The following damages are being claimed against any other persons in any way involved with Misrepresented instruments against NATIONALS unconstitutionally, under unlawful premise, against Indigenous Rights and without Due Process of Law.**

Damage

| | |
|---|---|
| Conspiracy against rights (18 USC 241) | $1,600,000 |
| Deprivation of rights under color of law (18 USC 242) | $1,600,000 |
| Fraud in the inducement | $1,600,000 |
| Extortion | $1,600,000 |
| Coercion | $1,600,000 |
| Breach of treaty and constitutional obligations | $1,600,000 |
| Failure to produce contract SIGNED by the parties | $50,000 |
| Consular costs | $20,000.00 |
| Misc. expenses (mailing, paper, ink, etc.) | $2,000.00 |

$9,672,000.00  nine million six hundred seventy-two thousand dollars

Total payable in lawful money est .9999 fine silver and/or gold bullion coins or bars. Constitutionally Appropriate

**As stated If bodily injury results or if such acts include the use, attempted use, or threats , if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit genocide promoting domestic violence and war the law of the land shall take place.**
**Prohibit willful injury, intimidation, or interference or attempt to do so, by force or threat of force of any person because of race, color, religion, or national origin.**

<u>Defendants have been put on notice as to national Allodial schedule and invoice for violations which occurred</u>

**VI. Certification and closing**
Under Federal rule of civil procedure 11 by signing below I certified to the best of my knowledge information and belief that this complaint is not being presented for an improper use such as to harass cause unnecessary delay or needlessly increase the cost of litigation to is supported by existing law or by a non frivolous agreement argument for extending modifying or reversing existing law 3 the factual content have evidentiary support or if specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or Discovery and for the complaint otherwise complies with the requirements of rule 11

**A. For parties without an attorney**
I agree to provide the clerk's office with any changes to my address where case related papers may be served I understand that my failure to keep a certain address on file with a clerk's office may result in the dismissal of my case

Date of signing _October 7th, 2024_     TIME SENSITIVE
Signature of plaintiff _WILLIS-PARIS ESTATE MINOR PARTIES (MOM)_
Printed name of plaintiff _laurel ami bey      MOORISH AMERICAN NATIONAL(S.)_

**B. For attorneys** N/A DUE TO STATUS UNDISCLOSED NATIONALITY PROOF REQUIRED

See **Melo v. United States, 505 F.2d 1026** *("Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should <u>dismiss the action.</u>")*.

★ Present Judicial Proof and Establishment ★
This is an URGENT Estate Claim for KIDNAPPED CHILDREN

For the Record in Special Appearance:
I am laurel ami bey, in propria persona, sui juris, in proprio solo, in proprio heredes. At all times and in all points in time I am a descendant of the great pharaohs of Kemet moabites canaanites
Nationality: Moorish American National, Moroccan American National, Aboriginal and Indigenous sovereign national and Heiress of the Moroccan Empire.
Under threat, duress and coercion
★ I command you **state your name and nationality for the record** on the record <u>without any further comment</u> you do not have lawful jurisdiction and I command you set me **free return my property IMMEDIATELY** <u>cease and desist all contact and actions against me</u>, my children and our estate this is my notice of intent to lien if you do not do as commanded and set me free
Notice to agent is notice to principal; notice to principal is notice to agent I command you <u>release me of any public or private debt</u> you have been alerted and notified of ALL <u>FEDERAL LAWS</u> treaties <u>reserved rights</u> and the United States Constitution for NorthAmerica.

**International Protection**
★ **Expatriation and Protection Abroad** ★
See: SecretarySee: Secretary of State

(1) Citizenship in Morocco may be said to be governed by the laws pertaining to the same in other countries, with the exception that all persons residing in Morocco who can not prove foreign citizenship or protection are considered ipso jure as Moorish subjects.
(2) And (3) Moorish subjects lost their nationality only by becoming naturalized in, or protected by, another country having <u>treaty relations</u> with the Moorish Empire.
(4 and 5) Residence in foreign parts does not affect the nationality of Moorish Subjects, and the Moorish Government has no means of protecting its subjects permanently residing in other countries, with the exception of a so-called Moorish Consul at Gibralter and a Moorish agent at Cairo, Egypt.
I am, etc,
<u>Breach of Treaty Obligations, Human Rights and Protection on the Land, injury, further sustained injury, Mishandling Classified protected Evidence, Causing injury by means of Prejudice and/or admittance by Silence.</u>


*laurel ami bey* (signature)

1.b

Certified Mail Reciepts    COPY







To the IMMEDIATE ATTENTION of:

| António Guterres<br>Secretary-General of the United Nations.<br>405 East, 42nd Street<br>New York, NY, 10017 | State of Connecticut Governor<br>Edward Ned Lamont Jr.<br>210 Capitol Avenue<br>Hartford, CT 06106 | Department of children and families<br>Courtney Garvey<br>364 Middle Turnpike W, Manchester, CT 06040 | Jodi-Hill Lilly<br>Commissioner's Office<br>Department of Children and Families<br>505 Hudson Street<br>Hartford CT 06106<br>Phone Number: 860-550-6300 |
|---|---|---|---|
| NICOLE PARADIS \| STAFF ATTORNEY<br>STATE OF CONNECTICUT<br>Children & Families<br>Office of Legal Affairs<br>Email: Nicole.Paradis@ct.gov<br>505 Hudson Street<br>Hartford, CT 06106 | CLERK OF COURTS<br>25 School St,<br>Vernon, CT 06066 | **Supreme Court clerk of the courts**<br>**Scott S. Harris**<br>**Care of: 1 First St NE, clerk's office**<br>**Washington, District of Columbia 20543** | **Supreme court chief**<br>**John G. Roberts Jr**<br>**1 First St NE,**<br>**Washington, District of Columbia 20543** |

## AFFIDAVIT OF FACT

### (Unlawful Demand of Immunization)

### Re: Writ of Certiorari

### Substantive Due Process Of Law

**This is an international complaint for the violations of Reserved Rights, Malicious Prosecution, Denial of civil rights under 42 U.S.C. § 1983 and 8 USC § 1503: Denial of rights and privileges as national**

The parties are forcing biological warfare on children. Against family and mothers will and without consent. Complicity to act in Genocide is prohibited
Defamation and embarrassment of character by State Officials. Constant harassment against will, without consent and without due process of law Causing harm, suffering and pain at an extreme rate.
Breach of Peace and treaty rights, including failure to acknowledge human Rights, Indigenous rights and Constitutional Rights which are inalienable.

Immunization is a voluntary process which we are not enslaved to, forced into without consent, or constantly coerced into doing unlawfully.

Reserved Right: Ucc- 1308

Mother affirms physical Pain and Mental suffering caused by misrepresentation, Denial of rights and privileges as national, constant solicitation and trespassing, mail fraud, misuse of private information as a result harming family unit by force, separation, isolation and deprivation of life and Liberty. Emotional distress caused by unreasonable requests and inadequate acknowledgement under threat duress and coercion.
Affiant has not consented to any contracts in fraud violating the Constitution. State office holders are knowingly and/or unknowningly committing fraud, high treason, and denial of rights by unlawful premise, force, quasi contracting and prohibited violations.
Violation of HIPPA rights and privacy and withholding information including medical reporting from biological mother as well as withholding my children with limited contact, violating the children's rights

## Convention on the Rights of the Child

Article 7

1. The child shall be registered immediately after birth and shall have the right from birth to a name, the right to acquire a nationality and. as far as possible, the right to know and be cared for by his or her parents.
2. States Parties shall ensure the implementation of these rights in accordance with their national law and their obligations under the relevant international instruments in this field, in particular where the child would otherwise be stateless.

Article 8

1. States Parties undertake to respect the right of the child to preserve his or her identity, including nationality, name and family relations as recognized by law without unlawful interference.
2. Where a child is illegally deprived of some or all of the elements of his or her identity, States Parties shall provide appropriate assistance and protection, with a view to re-establishing speedily his or her identity.

Article 9

1. States Parties shall ensure that a child shall not be separated from his or her parents against their will, except when competent authorities subject to judicial review determine, in accordance with applicable law and procedures, that such separation is necessary for the best interests of the child. Such determination may be necessary in a particular case such as one involving abuse or neglect of the child by the parents, or one where the parents are living separately and a decision must be made as to the child's place of residence.

Article 15

1. States Parties recognize the rights of the child to freedom of association and to freedom of peaceful assembly.
2. No restrictions may be placed on the exercise of these rights other than those imposed in conformity with the law and which are necessary in a democratic society in the interests of national security or public safety, public order (ordre public), the protection of public health or morals or the protection of the rights and freedoms of others.

Article 16

1. No child shall be subjected to arbitrary or unlawful interference with his or her privacy, family, home or correspondence, nor to unlawful attacks on his or her honour and reputation.
2. The child has the right to the protection of the law against such interference or attacks.
Article 24 section 3. States Parties shall take all effective and appropriate measures with a view to abolishing traditional practices prejudicial to the health of children.

Article 26

1. States Parties shall recognize for every child the right to benefit from social security, including social insurance, and shall take the necessary measures to achieve the full realization of this right in accordance with their national law.
2. The benefits should, where appropriate, be granted, taking into account the resources and the circumstances of the child and persons having responsibility for the maintenance of the child, as well as any other consideration relevant to an application for benefits made by or on behalf of the child.

Article 27
1. States Parties recognize the right of every child to a standard of living adequate for the child's physical, mental, spiritual, moral and social development.
2. The parent(s) or others responsible for the child have the primary responsibility to secure, within their abilities and financial capacities, the conditions of living necessary for the child's development.
3. States Parties, in accordance with national conditions and within their means, shall take appropriate measures to assist parents and others responsible for the child to implement this right and shall in case of need provide material assistance and support programmes, particularly with regard to
nutrition, clothing and housing.
4. States Parties shall take all appropriate measures to secure the recovery of maintenance for the child from the parents or other persons having financial responsibility for the child, both within the State Party and from abroad. In particular, where the person having financial responsibility for the child lives in a State different from that of the child, States Parties shall promote the accession to international agreements or the conclusion of such agreements, as well as the making of other appropriate arrangements.

## United Nations Declaration
## on the Rights of Indigenous Peoples

Article 2
Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

Article 7
1. Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.
2. Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

Article 6
Every indigenous individual has the right to a nationality.

Article 8
1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.
2. States shall provide effective mechanisms for prevention of, and redress for:
(a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;
(b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;
(c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;
(d) Any form of forced assimilation or integration;
(e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

Article 10
Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and
after agreement on just and fair compensation and, where possible, with the option of return.

Article 24
1. Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access, without any discrimination, to all social and health services.
2. Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.

**Deprivation of any rights, privileges, or immunities secured by the Constitution and Federal Laws have been notified to State officials.**

**Constitutional Rights and Amendments violated:**

| Article 3 Section 2. Judicial Power | 5th Amendment | 4th Amendment |
|---|---|---|
| Article 4 Section 4. Form of Government | Article 1 | Article 6 |
| Article 3 | Amendment XIV section 1 and section 4 | |

Article II **Convention on the Prevention and Punishment of the Crime of Genocide**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:
(a) Killing members of the group;
(b) Causing serious bodily or mental harm to members of the group;
(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
(d) Imposing measures intended to prevent births within the group;
(e) Forcibly transferring children of the group to another group.

Article III
The following acts shall be punishable:
(a) Genocide;
(b) Conspiracy to commit genocide;
(c) Direct and public incitement to commit genocide;
(d) Attempt to commit genocide;
(e) Complicity in genocide.
Genocide. Treason. **Corruption of Blood**. Declaration on the Protection of Women and Children in Emergency and Armed Conflict not taken into action causing Damages. No state shall deprive any person of life, liberty or property, without due Process of Law.
Under Threat Duress and Coercion the Violation of International Protection by treaty Rights, Rights of Indigenous People's, and Human Rights have been neglected by The STATED.

Threat Duress and Coercion. Violation of International Protection, Rights of Indigenous People's, and Human rights.

It is against our human rights of demanding such unlawful requesting, we are remaining pure in body mind, soul and spirit and we are to remain unharmed, without violations to our religion, as protected by the United States Republic Constitution Article I of the Bill of Rights, to engage in any way with the immunization process.

In addition, as immunization is a voluntary process therefore our choice not to participate in the process must not be violated.

Any further discussion or any retaliation regarding our religion as it related to the immunization process will constitute a violation of secured Constitutional / Treaty secured rights.

The sole obligation of government, as stipulated in the United States Republic North American Constitution Article IV Section IV, as a Republican form of government is to secure, protect, and preserve the rights of the People domestically and internationally.

MIRANDA v. ARIZONA , 384 U.S. 436 (1966) 491; 86 S. Ct. 1603
"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

**8 USC 1503: Denial of rights and privileges as national**
**8 USC § 1101(22) b. a person who, though not a citizen of the United States, owes permanent allegiance to the United States.**
**8 U.S.C. §1503. Denial of rights and privileges as national**

### (a) Proceedings for declaration of United States nationality

If any person who is within the United States claims a right or privilege as a national of the United States and is denied such right or privilege by any department or independent agency, or official thereof, upon the ground that he is not a national of the United States, such person may institute an action under the provisions of section 2201 of title 28 against the head of such department or independent agency for a judgment declaring him to be a national of the United States, except that no such action may be instituted in any case if the issue of such person's status as a national of the United States (1) arose by reason of, or in connection with any removal proceeding under the provisions of this chapter or any other act, or (2) is in issue in any such removal proceeding. An action under this subsection may be instituted only within five years after the final administrative denial of such right or privilege and shall be filed in the district court of the United States for the district in which such person resides or claims a residence, and jurisdiction over such officials in such cases is conferred upon those courts.

### (b) Application for certificate of identity; appeal

If any person who is not within the United States claims a right or privilege as a national of the United States and is denied such right or privilege by any department or independent agency, or official thereof, upon the ground that he is not a national of the United States, such person may make application to a diplomatic or consular officer of the United States in the foreign country in which he is residing for a certificate of identity for the purpose of traveling to a port of entry in the United States and applying for admission. Upon proof to the satisfaction of such diplomatic or consular officer that such application is made in good faith and has a substantial basis, he shall issue to such person a certificate of identity. From any denial of an application for such certificate the applicant shall be entitled to an appeal to the Secretary of State, who, if he approves the denial, shall state in writing his reasons for his decision. The Secretary

of State shall prescribe rules and regulations for the issuance of certificates of identity as above provided. The provisions of this subsection shall be applicable only to a person who at some time prior to his application for the certificate of identity has been physically present in the United States, or to a person under sixteen years of age who was born abroad of a United States citizen parent.

SIGNATURE
By signing this complaint, I represent to the constitutionally responsible court that the facts alleged are true to the best of my knowledge under threat duress and coercion. Supported by evidence that shows a violation of the laws, and I am not filing this complaint to harass another person or for any other improper purpose.

*laurel ami bey*

Signature of Affiant
UCC 1-308 Performance or Acceptance Under Reservation of Rights.

My children, my Estate are to be returned immediately, promptly and as time will not delay without interruption.. Further damage from anyone causing harm to mother and children is prohibited and is Genocide.

IMMEDIATELY cease, desist, dissolve all Unconstitutional contracts as they are void ab intio.



I am *laurel ami bey*
Care of The Moroccan Empire

Ex. Rel. LAUREN (Minor) status correction

8/   /2024



1.C





DISTRICT COURT PUBLIC NOTICE
Abraham Ribicoff Federal Building
United States District Court
Writ of Certiorari

To the IMMEDIATE ATTENTION OF: Robert N. Chatigny
Stephanie Thomas
Secretary of State for the CONNECTICUT REPUBLIC

To the attention of
Robert N. Chatigny
ABRAHAM RIBICOFF FEDERAL BUILDING
United States Courthouse
450 Main Street - Room 228
Hartford, Connecticut 06103



Tim Poloski State Marshall for the STATE OF CONNECTICUT (inc.)
P.O. Box 2424
Vernon, CT 06066-1824
Phone (860) 508-6566

Magistrates and Administration Agents of THE SUPERIOR COURT FOR JUVENILE MATTERS
25 School Street
Rockville, Connecticut Republic 06066       [ Margaret M. Murphy ]
Tolland County

Governor Ned Lamont
Edward Miner Lamont Jr.
210 Capitol Avenue
Hartford, Connecticut Republic 06106

Ronnell Higgins
1111 County Club Road
Middletown, Connecticut Republic 06457

Jodi Hill-Lilly
Commission of the Department of Children and Families for the STATE OF CONNECTICUT (inc.)
505 Hudson Street
Hartford, Connecticut Republic 06106
(860) 550-6300
Jodi.Hill-Lilly@ct.gov
Commissioner.dcf@ct.gov

1 of 3

2 of 3

Courtney Garvey
Dept of Children and Families
State of Connecticut (inc.)
364 West Middle Turnpike
Manchester, Connecticut Republic 06040
Courtney.garvey@ct.gov

Dominic Wilcox
Dept of Children and Families
State of Connecticut (inc.)
364 West Middle Turnpike
Manchester, Connecticut Republic 06040

Beth A. Crawford juris # 408342
Assistant Attorney General for the STATE of Connecticut (inc.)
165 Capitol Avenue
Hartford, Connecticut Republic 06106
Fax 860-808-5595

William Tong
Attorney General for the STATE of Connecticut (inc.)
165 Capitol Avenue
Hartford, Connecticut Republic 06106

William Darby
Chief of Manchester Police Department (inc.)
239 Middle Turnpike East
Manchester, Connecticut Republic 06040

By PREJUDICE Genocide, treason, misrepresention will not be tolerated on the Land UNDER THREAT DURESS AND COERCION June 3rd, 2024 11:00

You are COMMANDED TO CEASE AND DESIST ALL ACTION AGAINST MY HEIR AND PROPERTY MY PRIVATE TRUST AND PRIVATE PROPERTY ARE TO REMAIN UNHARMED

WEDNESDAY MAY 29TH, 2024 AGENTS NOT ONLY INDUCING FEAR TO THE FAMILY VIA HARASSMENT AND SOLICITING UNWARRANTED PRESENTMENTS.

YOU ARE TO SET US FREE AT LIBERTY IMMEDIATELY

Notice of Intent to Lien
Judicial Proof and Establishment: Estate Claim
For the Record in Special Appearance:

*lauriel ami bey*

I am Lauriel'ami Bey, in propria persona, sui juris, in proprio solo, in proprio heredes. At all times and in all points in time I am a descendant of the great pharaohs of Kemet moabites cannanites
Nationality: Moorish American National, Moroccan American National, Aboriginal and Indigenous sovereign national and Heiress of the Moroccan Empire.
Under threat, duress and coercion
I am the law I am the government and I command you state your name and nationality for the record on the record without any further comment you do not have jurisdiction over me and I command you set me free return my property IMMEDIATELY cease and desist all contact and actions against me this is my notice of intent to lien you if you do not do as commanded and set me free
notice to agent is notice to principal notice to principal is notice to agent I command you release me of any pubic or private debt you have been alerted and notified of ALL FEDERAL LAWS treaties reserved rights and the United States Constitution for North America.
YOU are command to give me a certified copy of your foreign agent registration act statement and a certified copy of your anti bribery statement as well as your bond.

**National Safe Harbor Program UCC § 9-521 whereby Nationals who file written UCC1 claims can file UCCs in any state.**

I reserve my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally, the said unlawful documents recorded under Threat, Duress and Coercion.

I am **laurel ami bey**

**Allodial Compensation Invoice**

The following damages are being claimed against **any other persons in any way involved with** Misrepresented instruments against NATIONALS unconstitutionally, under unlawful premise, against Indigenous Rights and without Due Process of Law.

| Damage | Cost |
|---|---|
| Conspiracy against rights (18 USC 241) | $1,600,000 |
| Deprivation of rights under color of law (18 USC 242) | $1,600,000 |
| Fraud in the inducement | $1,600,000 |
| Extortion | $1,600,000 |
| Coercion | $1,600,000 |
| Breach of treaty and constitutional obligations | $1,600,000 |
| Failure to produce contract SIGNED by the parties | $50,000 |
| Consular costs | $20,000.00 |
| Misc. expenses (mailing, paper, ink, etc.) | $2,000.00 |

**Total** payable in lawful money est .9999 fine silver and/or gold bullion coins or bars.

*Ordering foreign policy and DEMANDING private property under false constructions, false pretense, in violation of treaties and rights IS A CRIME*

**Robbing, injuring, further sustaining harassment, corrupting, and further DEMANDING and Ordering Nationals is A CRIME**

PROCEEDINGS ARE NOT VALID AND CANNOT PROCEED until jurisdiction is proved to exist! Otherwise, the Misrepresented instruments – **bills of attainder** / foreign bills of exchange / **RETAINING Unalienable RIGHTS** under threat, duress, compulsory, under further sustained threat and coercion
any other attachments associated thereto must be dismissed with prejudice for lack of jurisdiction and fraud.
See **Melo v. United States, 505 F.2d 1026** *("Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action.").*



3 of 3